UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY COMICK, | ) | No. CV 08-4314-DOC(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the petition is DENIED AND DISMISSED.

DATED: *July 17, 2008*

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE